UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUNO BALASSIANO,

    Plaintiff,

vs.                              Case No. 6:19-cv-2140-ORL-78EJK

FOGO DE CHAO CHURRASCARIA (ORLANDO) LLC, FOGO DE CHAO CHURRASCARIA (JACKSONVILLE) LLC, and FOGO DE CHAO CHURRASCARIA (MIAMI) LLC,

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**  X  IS**    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

        **State court action of Bruno Balassiano, on behalf of himself and those similarly situated, vs. Fogo de Chao Churrascaria (Orlando), Fogo de Chao Churrascaria (Jacksonville) LLC and Fogo de Churrascaria (Miami) LLC, Case No. 2018-CA-011975-0, that was originally filed in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida and removed to this Court on November 8, 2019**

**_____ IS NOT**    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  November 22, 2019

                                            */s/ Paul J. Scheck*
                                            MARY RUTH HOUSTON, ESQ.
                                            Florida Bar No. 083440
                                            Email:  mhouston@shutts.com

>PAUL J. SCHECK, ESQ.
>Florida Bar No. 028487
>Email: pscheck@shutts.com
>JACLYN S. CLARK, ESQ.
>Florida Bar No. 117652
>Email: jclark@shutts.com
>**SHUTTS & BOWEN LLP**
>300 South Orange Avenue, Suite 1600
>Orlando, Florida 32801
>Telephone:  (407) 423-3200
>Facsimile:   (407) 425-8316
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 22nd day of November, 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following:

| | |
|---|---|
| Carlos V. Leach, Esq.<br>THE LEACH LAW FIRM<br>1950 Lee Road, Suite 213<br>Winter Park, Florida  32789<br>cleach@theleachfirm.com | Richard Celler, Esq.<br>RICHARD CELLER LEGAL, P.A.<br>10368 W. SR 84, Suite 103<br>Davie, Florida 33314<br>richard@floridaovertimelawyer.com |

>*/s/ Paul J. Scheck*
>     OF COUNSEL

ORLDOCS 17331037 1

2