EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUNO BALASSIANO, on behalf of himself
and those similarly situated,

    Plaintiff,

v.

FOGO DE CHAO CHURRASCARIA
(ORLANDO) LLC, a foreign limited liability
company, FOGO DE CHAO
CHURRASCARIA (JACKSONVILLE)
LLC, a foreign limited liability company,
FOGO DE CHAO CHURRASCARIA
(MIAMI) LLC, a foreign limited liability
company,

    Defendants.
_____/

Case No.: 6:19-cv-2140-ORL-78EJK

## OPT-IN PLAINTIFF GUSTAVO OLIVEIRA ANSWERS TO COURT INTERROGATORIES

1. During what period of time were you employed by the Defendant? **February 2015 to May 2017.**

2. Who was your immediate supervisor? **Paulo Simonetti.**

3. Did you have a regularly scheduled work period? If so, specify. **Yes, five to six days a week.**

4. What was your title or position? Briefly describe your job duties. **I worked as a guacho/carver and server. I would serve food and drinks. I would also season the meats, place them on skewers and load them into the rotisserie machines.**

5. What was your regular rate of pay? **Minimum wage minus $3.02 plus portion of the tips.**

6. What is the nature of your claim (check all that apply)?
   _____ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;
   _____ Misclassification (Defendant mistakenly classified you as exempt from overtime);
   _____ Miscalculation (Defendant failed to correctly calculate your compensation);
   __X__ Other (Please describe): **Improper use of the tip credit; misappropriation of tips**

7. Provide an accounting of your claim, including:
   (a) dates: **February 2015 to May 2017**
   (b) regular hours worked: **avg 40 hours per week**
   (c) over-time hours worked: **n/a**
   (d) pay received versus pay claimed: **repayment of the tip credit ($3.02/hour)**
   (e) total amount claimed: **$6,268.22**
   **Plaintiff also seeks reimbursement of misappropriated tips but needs additional records to calculate that amount. Plaintiff will revise the damage calculations upon receipt of those records.**

8. If you have brought this case as a collective action:
   (a) Describe the class of employees you seek to include in this action. **Carvers and Servers who worked for Defendant five years prior to the filing of this Complaint.** *See* **Amended Complaint.**
   (b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action? **No.**

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case. **I have no personal knowledge of the fees and costs my attorney are claiming. To date, it is my understanding that counsel for Plaintiff is claiming he has expended fees/costs as follows:**
   **Fees**

   | | | |
   |---|---|---|
   | **Attorney Hours** | 135.2 | (rate TBD) |
   | **Paralegal Hours** | 46 | (rate TBD) |
   | **Costs** | $501.46 | |

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA? **I complained several times but do not remember the exact dates.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy). **Verbally.**

12. What was your employer's response? (If a written response, please attach a copy). **They would look into it.**

2

*[signature]*
Gustavo Oliveira

STATE OF FLORIDA
COUNTY OF Osceola

BEFORE ME, the undersigned authority, on this day, personally appeared Gustavo M. De Oliveira, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 16 day Jan. 2020.

*[signature]*
Signature of Person Taking Acknowledgment
Notary Stamp Print Name: William R McKelvy
Title: Notary Public
Serial No. (if any): GG 036617
Commission Expires: 02/05/2021

NOTARY PUBLIC

WILLIAM R. MCKELVY
MY COMMISSION # GG 036617
EXPIRES: February 5, 2021
Bonded Thru Notary Public Underwriters