**EXHIBIT B**

## IN RE: FOGO DE CHAO WAGE LITIGATION

## DECLARATION OF PEDRO AFONSO

1. My name is Pedro Afonso.

2. I make this declaration based on my personal knowledge. I am over the age of 18 years and competent to testify to the matters contained within this declaration.

3. I worked for Fogo De Chao ("Fogo") from approximately September 2014, through May, 2015 at two different locations.

4. Fogo is a Brazilian churrascaria style restaurant with locations all over the world, including Florida.

5. I worked for Fogo at its Orlando, Florida location on International Drive, as well as a location in Denver, Colorado from February 2015 through May, 2015

### JOB DUTIES

6. My official position was server, however, I was asked to fulfill many roles, including server, bartender, busser, and butcher.

7. As a server, I was primarily responsible for serving and assisting guests.

8. Fogo requires that its carvers prepare meat, including butchering, like chefs in a kitchen.

9. Fogo requires its carvers to season meats, place them on skewers, and load them into the rotisserie ovens.

10. Many times, a carver could take two to three (2-3) hours preparing meats in a six (6) hour shift.

11. In my observation, carvers would spend anywhere between forty (40) to fifty (50) percent of their entire work shift preparing the meats to be served, rather than being out on the floor interacting with customers. Oftentimes, I wouldn't even see some of the carvers during my shift on the floor because they would be in the kitchen preparing meets exclusively.

### HOURS WORKED

12. I was typically scheduled to work six (6) days per week on average from 10:00 a.m. until 2:00 pm, and then return at 4:00 pm to 12:00 a.m.

13. I typically worked an average of thirty-seven (37) hours per week.

### PAY

14. Fogo paid me an hourly rate of approximately $5.25 per hour pursuant to the "tip credit." Fogo still paid me at the server rate of $5.25 per hour for all of the hours

      when I prepared the restaurant for dining service (Vacuumed, cleaned, set up tables, etc., even though I did not perform any customer service job duties.

15. I earned tips in addition to my hourly wage paid by Fogo.

## TIP POOL

16. Fogo required its servers, bartenders, carvers and bussers to participate in a tip pool.

17. In addition, Fogo included an employee in the tip pool whose title was "Customer Service Representative ("CSR").

18. The CSR was not paid pursuant to the tip credit (less than minimum wage).

19. The CSR was paid an hourly wage between $12 and $14 per hour plus cash tips.

20. The CSR primarily had managerial job duties. For example, the CSR determined when the servers were released from work at the end of the shift.

21. The CSR could also change servers' sections.

22. The CSR used the manager's card to swipe into the computer to make managerial changes.

23. The CSR hardly if ever, served any tables absent extra ordinary necessity such as being understaffed or the restaurant was overly crowded.

24. Lastly, the CSR wore a uniform similar to a manager and not a server.

25. The CSRs would be part of the management meetings that would be held apart from full staff meetings. These meetings were held separately before the full staff meetings.

26. Tips were unknown until typically 1-3 days after a shift. Servers would leave work not knowing how much they made, and a few days later the managers posted on a piece of paper showing how much each person made. It was not clear and seemed much lower than expected on most of the shifts.

## SIMILARLY SITUATED

27. All servers, bartenders and carvers were paid by the hour.

28. All servers, bartenders and carvers were paid less than minimum wage plus tips.

29. All servers, bartenders and carvers performed similar job duties based on their job titles.

30. In the last two years that I worked for Fogo there were at least 50-100 employees who were affected by Fogo's pay policies just like me.

31. I am joining this lawsuit so that I can recover what is owed to me. I know that if other people get notice of this lawsuit, they will want to join as well.

32. I declare under penalty of perjury that the foregoing allegations contained within this declaration are true and correct.

Dated this 19th day of April, 2019.

By: _____
PEDRO AFONSO