## IN RE: FOGO DE CHAO WAGE LITIGATION

### DECLARATION OF PAULO RODRIGUES

1. My name is Paulo Rodrigues. I was formerly known as Paulo Dearaujo.

2. I make this declaration based on my personal knowledge. I am over the age of 18 years and competent to testify to the matters contained within this declaration.

3. I worked for Fogo De Chao ("Fogo") from approximately September 21, 2013, through August 15, 2016.

4. Fogo is a Brazilian churrascaria style restaurant with locations all over the world, including Florida.

5. During this time, I worked for Fogo at its Orlando, Florida location on International Drive.

**JOB DUTIES**

6. While at Fogo, I worked as a server, carver (A/K/A "gaucho"), bartender, busser, and a floater.

7. As a server, I was primarily responsible for serving and assisting guests.

8. As a carver, I was responsible for serving and preparing meats.

9. As a busser, I was responsible for bussing tables.

10. As a bartender, I would prepare and serve drinks.

11. As a floater, I would wash and dry dishes and cutlery.

12. As a carver, I was responsible for spending a substantial part of my work shift preparing meats in the kitchen like a chef.

13. Fogo required its carvers to season meats, place them on skewers, and load them into the rotisserie ovens.

14. Many times, a carver could take two to three (2-3) hours preparing meats in a four to five (4-5) hour shift.

15. In my experience as a carver, I would spend anywhere between thirty (30) to forty (40) percent of my entire work shift preparing the meats to be served, rather than being out on the floor interacting with customers. Oftentimes, I wouldn't even go out on the floor when I was working as a carver, and would spend the entire shift in the kitchen preparing meets exclusively.

**HOURS WORKED**

16. I was typically scheduled to work six (6) days per week on average from 10 a.m. until 2:00 pm, and then return at 4:00 pm to 10:00 p.m.

17. I typically worked an average of thirty-seven (37) hours per week.

**PAY**

18. Fogo paid me an hourly rate of approximately $5.25 per hour pursuant to the "tip credit." Fogo still paid me the tipped hourly rate of $5.25 per hour for all the hours that when I prepared and cooked meats in the kitchen even though I did not perform any customer service job duties.

19. I earned tips in addition to my hourly wage paid by Fogo.

**TIP POOL**

20. Fogo required its servers, bartenders, carvers and bussers to participate in a tip pool.

21. In addition, Fogo included an employee in the tip pool whose title was "Customer Service Representative ("CSR")."

22. The CSR was not paid pursuant to the tip credit (less than minimum wage).

23. The CSR was paid an hourly wage between $12 and $14 per hour plus cash tips.

24. The CSR primarily had managerial job duties. For example, the CSR determined when the servers were released from work at the end of the shift.

25. The CSR could also change servers' sections.

26. The CSR used the manager's card to swipe into the computer to make managerial changes.

27. The CSR hardly served any tables absent extra ordinary necessity such as being understaffed or the restaurant was overly crowded.

28. Lastly, the CSR wore a uniform similar to a manager and not a server.

29. The CSRs would be part of the management meetings that would be held apart from full staff meetings. These meetings were held separately before the full staff meetings.

**SIMILARLY SITUATED**

30. All servers, bartenders and carvers were paid by the hour.

31. All servers, bartenders and carvers were paid less than minimum wage plus tips.

32. All servers, bartenders and carvers performed similar job duties based on their job titles.

33. In the last two years that I worked for Fogo there were at least 50-100 employees who were affected by Fogo's pay policies just like me.

34. I am joining this lawsuit so that I can recover what is owed to me. I know that if other people get notice of this lawsuit, they will want to join as well.

35. I declare under penalty of perjury that the foregoing allegations contained within this declaration are true and correct.

Dated this 16 day of May, 2019.

By: _____
PAULO RODRIGUES