UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUNO BALASSIANO,

    Plaintiff,

v.   CASE NO.: 6:19-cv-2140-ORL-78EJK

FOGO DE CHAO CHURRASCARIA (ORLANDO) LLC, FOGO DE CHAO CHURRASCARIA (JACKSONVILLE) LLC, and FOGO DE CHAO CHURRASCARIA (MIAMI) LLC,

    Defendants.
_____/

**NOTICE OF FILING DOCUMENTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendants, FOGO DE CHAO CHURRASCARIA (ORLANDO) LLC, FOGO DE CHAO CHURRASCARIA (JACKSONVILLE) LLC, and FOGO DE CHAO CHURRASCARIA (MIAMI) LLC, collectively referred to as the ("Defendants"), by and through their undersigned attorneys hereby give notice of filing copies of the following documents in support of Defendants' Opposition:

    1.    Declaration of Rick Lenderman;

    2.    Declaration of Neimar Hensel;

    3.    Declaration of Marcio Welter; and

    4.    Declaration of Alex Burgos.

DATED this 12th day of June, 2020.

    /s/ *Mary Ruth Houston*
    MARY RUTH HOUSTON, ESQ.
    Florida Bar No. 834440
    Email address:  *mhouston@shutts.com*
    Secondary email:  *mljohnson@shutts.com*

> PAUL J. SCHECK, ESQ.
> Florida Bar No. 28487
> Email address: *pscheck@shutts.com*
> Secondary email: *mljohnson@shutts.com*
> **SHUTTS & BOWEN LLP**
> 300 S. Orange Avenue, Suite 1600
> Orlando, Florida 32801-5403
> Telephone:  (407) 423-3200
> Facsimile:  (407) 425-8316
>
> Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2020, the foregoing was electronically filed with the Clerk of the Court using the Florida Court E-filing Portal system, which will automatically send notification of such filing to attorneys of record listed below:

CARLOS V. LEACH, ESQ.
Florida Bar No.: 0540021
Email: cleach@theleachfirm.com
THE LEACH FIRM, P.A.
1950 Lee Rd., Suite 213
Winter Park, FL 32789

RICHARD CELLER, ESQ.
Florida Bar No.: 0173370
Email: richard@floridaovertimelawyer.com
CELLER LEGAL, P.A.
10368 W. SR 84, Suite 103
Davie, Florida  33314
*Attorneys for Plaintiff*

> *Mary Ruth Houston, Esq.*
> MARY RUTH HOUSTON, ESQ.

ORLDOCS 17812864 1