UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUNO BALASSIANO,

    Plaintiff,

vs.                                      Case No. 6:19-cv-2140-ORL-78EJK

FOGO DE CHAO CHURRASCARIA
(ORLANDO) LLC, FOGO DE CHAO
CHURRASCARIA (JACKSONVILLE)
LLC, and FOGO DE CHAO
CHURRASCARIA (MIAMI) LLC,

    Defendants.
_____/

## DECLARATION OF RICK LENDERMAN

    I, Rick Lenderman, pursuant to the requirements of 28 U.S.C. §1746, declare the following is true and correct:

1. My name is Rick Lenderman.

2. I am over eighteen years old and am otherwise competent to make this Declaration.

3. I make this Declaration based on my personal knowledge of the facts set forth herein and the business records of Fogo de Chão Churrascaria (Dallas) LLC ("FOGO"), which were made at or near the time by, or from information transmitted by, a person with knowledge, kept in the course of a regularly conducted business activity, it being the regular practice of that business activity to make such records.

4. I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Certify Class as to Minimum Wage Claims pursuant to Rule 23(b)(3) and Motion to Conditionally Certify a Collective Action pursuant to 29 U.S.C. §216(b).

1

5. I have worked for FOGO for approximately five (5) years. I have served as the Chief People Officer since January 2020, and my primary duties in this position consist of leading human resources, global immigration, compensation and benefits, and team development for FOGO and its numerous restaurants, including Fogo de Chão Churrascaria (Orlando), LLC ("Fogo Orlando"), Fogo de Chão Churrascaria (Jacksonville), LLC ("Fogo Jacksonville"), and Fogo de Chão Churrascaria (Miami), LLC ("Fogo Miami"). Prior to January 2020, I was the Vice-President, Operations from February 2018 through January 2020, responsible for brand operational execution, consolidated P&L ownership, and team development. I also served as Vice-President, Talent Management from March 2014 through November 2016, with similar responsibilities as I have today as Chief People Officer.

6. I am fully familiar with FOGO's compensation policies and efforts to comply with federal and state wage and hour laws. The established policy at FOGO is to comply with the Fair Labor Standards Act and all of its related regulations, including paying all of its employees, including its tipped employees, in compliance with all wage and hour regulations. All employees of FOGO are paid for each hour worked pursuant to federal and Florida law.

7. FOGO policy is for tipped employees to primarily perform tipped duties during their working hours. If for some reason tipped employees have to work an extended time in a non-tipped role, FOGO's policy is to ensure that they do not participate in the tip pool and are paid an hourly rate that is at or above the minimum wage rate. FOGO also does not require tipped employees to participate in a tip pool with non-tipped employees or with "back of the house" employees, such as kitchen workers.

8. Even though each restaurant operating under the FOGO brand utilizes corporate payroll services, marketing services, human resources, and legal provided by the corporate

offices at FOGO, each individual restaurant operates independently. Fogo Orlando, Fogo Jacksonville, and Fogo Miami are three separate legal entities and are operated as independent restaurants. Each restaurant has a separate General Manager and supporting management staff. The General Manager and his management staff at each restaurant make independent decisions about how to staff their restaurant, how to schedule the employees, and how to serve the guests at the restaurant. The operational and staffing needs of each restaurant are very different based on the size of each restaurant and the volume of business at each restaurant.

9. Fogo Jacksonville did not open until November 2017. Fogo Orlando opened in March of 2012 and Fogo Miami opened in October 2008.

10. FOGO offers its guests the full experience of Brazil's "Churrasco" tradition at its restaurants. This involves prix-fixe menu which includes continual service of our fire-roasted meats carved tableside by Brazilian trained "gaucho" chefs (also called "Churrasqueiros"), including house specialties like Picanha (signature sirloin), Filet Mignon, Ribeye, Fraldinha (Brazilian sirloin) Cordeiro (lamb) and more. Each experience starts at the gourmet Market Table & Feijoada Bar, which features seasonal salads, fresh vegetables, feijoada (traditional black bean stew served over rice), soups and more which guests may visit as often as they like during their meal. In addition to the main dishes, guests may enjoy a variety of traditional Brazilian side dishes such as FOGO's world famous pão de queijo (warm cheese bread) polenta, garlic mashed potatoes, and crispy polenta, all served tableside.

11. In my position as the Chief People Officer, I am knowledgeable with respect to the categories of tipped and non-tipped employees at FOGO and the methods of compensating them. FOGO has a number of non-management employee job classifications, including Server, Churrasqueiro I, Churrasqueiro II, Busser, Butcher, Customer Service Representative, Cashier,

3

Dessert Attendant, Dishwasher, Kitchen Prep, Bartender, Salad Bar Attendant, Catering Specialist, and Assistant Catering Specialist. There is no employee classification at FOGO, nor has there ever been such a classification, known as a "Carver".

### The Tip Pool System

12.  Within these non-management categories of employees, there are several categories of tipped employees that participate in a tip pool system, consisting of: (1) Servers; (2) Churrasqueiro I's; (3) Churrasqueiro II's[1]; (4) Bartenders; (5) Customer Service Representatives ("CSR"); and (6) Bussers, all of which are front-facing positions that customarily and regularly receive tips. Each of these positions is a very different position and those working in these roles provide very different and distinct duties in the restaurant.

13.  Each employee of FOGO in a tipped position signs a "Tip Pooling Agreement" at the time of their hire. Pursuant to the FOGO "Tip Pooling Agreement", a copy of which was signed by the Plaintiff, employees agree that up to seven percent (7%) of all tips noted on credit card receipts are tipped out and shared among the Bussers who worked during that particular shift, though Bussers can only earn a maximum of 50% of what a Server earns on a shift. The Bussers are paid a full minimum wage rate, and then are entitled to a maximum of 7% of all tips noted on credit card receipts, but are not eligible for cash tips. Ninety-three percent (93%) of all tips noted on credit card receipts are shared among the Bartenders, Servers, Churrasqueiro I's, Churrasqueiro II's, and CSR's who worked during that particular shift. A copy of this Agreement signed by Plaintiff Balassiano is attached hereto as Exhibit "1". Each individual who has filed a "consent to join" also signed a "Tip Pooling Agreement".

---

[1] Churrasqueiro II's are employed in certain restaurants. These employees are residents of Brazil who worked for FOGO in Brazil and are in the United States in a special immigration status. Due to this arrangement, they are paid a minimum wage rate plus tips due to immigration requirements.

4

14. CSR's are only eligible to earn 85% of what the other tipped employees are eligible to earn during a particular shift because they receive a higher hourly rate of pay. FOGO does not retain any tip income received during a shift, as indicated in the Tip Pooling Agreement signed by all eligible employees.

15. Each of the tip eligible employees, including the Plaintiff, also signs a "Tip Credit Disclosure" at the time of their hire. In this document, the employees acknowledge they are agreeing to FOGO taking a tip credit against their minimum wage payments. A copy of the relevant "Tip Credit Disclosure" signed by Plaintiff Balassiano is attached hereto as Exhibit "2".

16. Up until April 2019, the Fogo Orlando restaurant and Fogo Miami restaurant utilized a tenure based system in distributing tip earnings. Under that system, a tip eligible employee would receive 85% of the regular portion of the tip pool during the first 6 months of employment, 90% of the regular portion of the tip pool during the next 6 months of employment, 95% of the regular portion of the tip pool during the next 6 months of employment, and then became eligible for 100% of the regular portion of the tip pool from that point forward. This calculation was based on tenure rather than on the number of hours worked by the employee during the shift.

17. After April 2019, the Fogo Orlando and Fogo Miami restaurants switched to a system under which tip eligible employees receive a portion of the tip pool based on the number of hours that they work, regardless of the length of their tenure with the restaurant, and all tip eligible employees are potentially eligible for 100% of the regular portion of the tip pool once they complete training. However, this "pro rata" system was used in the Fogo Jacksonville restaurant since its first day of operations in November 2017. Thus, between November 2017

and April 2019, the Fogo Jacksonville restaurant paid tip wages under a different system than that used in the Fogo Orlando and Fogo Miami restaurants.

18. As for tips left in cash, the Server, Churrasqueiro I, Churrasqueiro II, Busser, or the CSR who served that table will gather the cash tip and place it in a box normally located near the cashier or bar area. Cash tips are gathered in this box throughout the night and then are counted at the end of the shift by two eligible members of the tip pool for pro rata distribution to the tip eligible employees, and placed in tip lockers by the tip eligible employees. FOGO's management has no contact with these cash tips and has no role in counting these cash tips. If for some reason the tip eligible employees do not count the cash tips at the end of the shift, they are placed in a bank bag and put in the safe until two tip pool eligible employees take the time to count the tips. These tip amounts cannot be posted on the tip calculator until the tip eligible employees count the tips, as management cannot do this task, and thus management will remind the relevant employees to self-report all cash tips daily through internal communication systems.

19. As for credit card tips, the restaurant's management receives a daily report the next day regarding the tips from the previous day's shifts, and such amounts are entered in the FOGO tip calculator for distribution to the tip pool eligible employees. These tips are paid on a bi-weekly basis through payroll on the tip eligible employees' paychecks.

### The Role of the Churrasqueiro

20. The central feature of the FOGO guest experience is the interaction between the guests and the "Churrasqueiros", also known as "Gauchos". These employees are primarily responsible for interacting with guests and serving meat in the Brazilian tradition of the "churrasco". The Churrasqueiros wear traditional Brazilian garb consisting of bombashas (pants), lenco (scarf), guaiaca (belt), faixa (sash), and all of the Churrasqueiros working on shift circulate continuously throughout the restaurant serving large skewers of different types of meats

6

to guests. The Churrasqueiro use a special knife called a faca, or "gaucho knife", to carve precut meat off of the skewers in front of the guests who can indicate how much they want or what degree of doneness. The Churrasqueiro's retrieve the skewers from a room immediately adjacent to the floor of the restaurant.

21. As a part of their guest service duties, Churrasqueiros season (salt and pepper) meats that have already been put on the skewers in an area immediately adjacent to the restaurant floor where the meats are cooking in rotisserie ovens. In some FOGO restaurants, this area is visible to guests. Churrasqueiros occasionally also rotate the meat while it is cooking in the rotisserie ovens and monitor the skewers of meat rotating over a fire for a designated doneness as they are picking up the skewers of meat as needed to serve to their guests. They then immediately return to the floor to serve the meat to the guests. These duties, however, are directly related to making sure that the meats are at the level of doneness requested by the guests. Once the meats are at the desired doneness level, they are retrieved from the rotisserie and delivered to the guests at their tables.

22. For instance, in the Orlando restaurant there is usually a Butcher on the schedule who handles the meat preparation duties. In 2014, a Butcher was present an average of 5.29 hours per day, and in 2015, a Butcher was present 5.48 hours per day. In 2016, a Butcher was present an average of 4.56 hours per day; in 2017, 7.04 hours per day, in 2018, 5.91 hours per day; and in the first quarter of 2019, 5.57 hours per day.

23. Very occasionally, and depending on the volume and characteristic of a particular restaurant, if a designated Butcher is not in a restaurant or if the restaurant is very busy, some Churrasqueiros might be asked to spend up to one hour of a five hour shift performing butchering duties prior to the opening of the restaurant at noon. This work is considered "side-

work." This could also occur for up to an hour prior to the restaurant re-opening for dinner under certain circumstances. Once that time is completed, however, the Churrasqueiros are responsible for serving the guests for the remainder of their time at the restaurant. Churrasqueiros performing butchering duties during the time that they would normally be servicing guests happens infrequently, and normally only occurs during heavy volume nights or holidays if guest demand is significantly higher than anticipated.

24. If a Churrasqueiro (or any other tip eligible employee) has to fill in for a Butcher for any period of time beyond the side-work described above, then they are removed from the tip pool for all purposes and paid for that time as a "Miscellaneous Earnings" adjustment, as discussed below.

25. If a Churrasqueiro has clocked in as a tipped employee for a shift, but is then called upon to leave the floor of the restaurant to work on preparing meat (i.e. butchering duties), the Churrasqueiro remains clocked in as a tipped employee. However, the employee is not paid as a tipped employee during that period, and does not participate or share in the tip pool during that period. Rather, the employee remains clocked in as a tipped employee solely in order for the restaurant to calculate the higher rate that will be owed to the employee. The hourly wage paid to the employee for the time spent in the non-tipped duties is calculated based on what the employee would have made in tips during that shift.

26. Although the calculation of what the employee earns as an hourly wage is based on what he would have made had he remained performing tipped duties, the money used to compensate that particular employee is not taken from the tip pool paid to the other tip eligible employees, but rather is paid directly by FOGO. FOGO takes no tip credit for that employee's hourly wage, nor do the employees in tip pool share tips with these employees. In fact, FOGO

8

uses a specially designed spreadsheet in order to ensure that the calculation for the hourly wage for that non-tipped duties has no effect at all on the amount of tips paid to those tipped workers participating in the tip pool.

27. Thus, the other employees working in the tip pool receive all of their tips for that shift. The employee who has been called upon to perform non-tipped duties also does not lose any money by virtue of performing the non-tipped duties, but rather has the difference paid by FOGO, who bears the cost of the difference. This additional payment to the employee (over and above the hourly rate for tipped employees) is reflected on the employee's payroll stubs as a "Miscellaneous Earnings" wage adjustment. A copy of a sample pay statement reflecting such a "Miscellaneous" wage adjustment for Marcelino Medeiros is attached hereto as Exhibit "3".

28. In 2016, FOGO paid a total of $4,527 in "Miscellaneous" wages to employees in the Fogo Orlando, Fogo Miami, and Fogo Jacksonville restaurants. In 2017, FOGO paid a total of $7,520 in "Miscellaneous" wages to employees in the Fogo Orlando, Fogo Miami, and Fogo Jacksonville restaurants. In 2018, FOGO paid $8,991 in "Miscellaneous" wages to employees in the Fogo Orlando, Fogo Miami, and Fogo Jacksonville restaurants.

### The Role of the CSR

29. In order to achieve the interactive guest experience, FOGO utilizes a vertically integrated team, where many positions "touch" the tables on a regular basis, including the CSR ("Customer Service Representative") position. The CSR ensures that the FOGO experience is delivered to all of the tables in the restaurant, and their primary role is to explain the FOGO concept to the guests so that Churrasqueiros and Servers can be free to perform their roles. CSR's are not assigned to serve an individual table, but rather are responsible for visiting and addressing needs at all of the tables throughout a shift. CSR's also assist in the service and

maintenance of tables as needed, including meeting special requests and filling in for Churrasqueiros and Servers when a need arises, such as refilling drinks, bringing desserts, and helping with payment processing.

30. CSR's do not focus on the performance of the Churrasqueiros. They do regularly communicate guest needs to other team members in the same manner a Server communicates specific guest requests, but those requests are not directives to other team members, but rather are part of the service provided to guests. CSR's are not members of management. They have no responsibility or authority with respect to the hiring, firing, evaluation, or disciplinary matters relating to other employees. CSRs are not responsible for the appearance of any other employee or for advising employees as to when their shifts are over, and do not have the authority to send another employee home early.

31. CSR's may occasionally attend management meetings in certain restaurants, but their purpose for attending those meetings is limited to discussions regarding large group set-ups, guest feedback, and inventory issues. They are not involved in any managerial decisions or team member discipline in such meetings.

32. CSR's wear the same uniforms as those worn by Hosts, Cashiers, and Office Assistants, consisting of a dress shirt and a tie (for male team members) and blouse (for female team members).

33. CSR's in the Fogo Orlando, Fogo Jacksonville, and Fogo Miami restaurants are compensated at an average rate of $12 to $15 per hour, and are eligible for a maximum of 85% of their portion from the tip pool, which is less than the amount for which other tipped employees are eligible.

34. CSR's receive more than the minimum wage rate because they are asked to provide more of a supportive role to guests, including interacting with guests at every table in the restaurant, but have their participation in the tip pool limited to 85%. Similarly, Bussers who also are not management employees, are paid more than the full minimum wage rate, but have their participation in the tip pool limited to 7%.

## Other Positions at the Restaurants

35. The Server position at FOGO is responsible for greeting guests and serving them drinks once they are seated at the tables, bussing and manicuring, delivering hot sides and desserts, and processing guest payment, but does not serve meat to the guests except under limited circumstances. These individuals are eligible for the tip pool. This position is not the same as a Churrasqueiro as Servers do not perform activities related meat preparation.

36. The Bartender position at FOGO is responsible for preparing the bar area to serve drinks to guests at the bar area, main dining room, and patio during the shift. These employees interact directly with guests throughout a shift, and thus are part of the tip pool system. Bartenders do not have any duties with respect to the preparation of meats.

## The Named Plaintiff and Those Who Have Filed Consents

37. The Named Plaintiff in this action, Bruno Balassiano, was employed at Fogo Orlando from October 2015 through March 2018 when he was involuntarily terminated. He did not work at any other FOGO restaurant. During his employment with FOGO-Orlando, Balassiano held the position of Churrasqueiro. He never worked in any other position.

38. Pedro Afonso ("Afonso") was employed with Fogo Orlando from September 2014 through May 2015. During his employment with Fogo Orlando, Afonso held the position of Server. He transferred to a FOGO restaurant in Denver, Colorado on February 16, 2015.

39. Fernando Costa ("Costa") was employed with Fogo Orlando from December 14,

11

2014 through on or about February 18, 2016 when he was involuntarily terminated. During his employment with FOGO Orlando, Costa held the positions of Server-Trainee (non-tipped position) from December 14, 2014 through December 19, 2014, and the position of Server from December 19, 2014 through February 18, 2016.

40. Marcelino Medeiros ("Medeiros") was also employed with Fogo Orlando from approximately November 27, 2013 through January 8, 2018 when his employment was terminated. During his employment with FOGO-Orlando, Medeiros held the positions of Server and Churrasqueiro I.

41. Paulo Rodrigues ("Rodrigues") was employed with Fogo Orlando from August 21, 2013 through November 20, 2014 when he resigned, and was rehired on July 10, 2015 and was employed through August 25, 2016 when he voluntarily resigned. During his employment with FOGO-Orlando, Rodrigues held the positions of Busser Trainee (8/21/13-9/5/13), Busser (9/5/13-4/24/14), Server (4/24/14-11/20/14), and returned as a Server (7/10/15-8/25/16).

42. Lucas Riberio Bossa ("Bossa") was employed with Fogo Orlando from October 8, 2015 through November 20, 2016 when his employment was terminated. During his employment with FOGO-Orlando, Bossa held the positions of Server Trainee and Server.

43. Alex Torres ("Torres") was the only one of the referenced workers who worked outside of Fogo Orlando. Torres was employed with Fogo Jacksonville from November 2017 through February 2020, and never worked in any other restaurant. His employment does not overlap with three of the individuals who have filed Declarations in this case, namely Afonso, who worked at Fogo Orlando from September 2014 through May 2015; Costa, who worked at Fogo Orlando from December 2014 through February 2016; and Rodrigues, who worked at Fogo Orlando from September 2013 through August 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th

_____ day of June, 2020, in Dallas County, Texas.

_____
RICK LENDERMAN

ORLDOCS 17738415 8



**TIP POOLING AGREEMENT**
Orlando
Effective April 15, 2014

During my employment with Fogo de Chao Churrascaria ("FDC"), I agree to participate in this Tip Pooling Agreement. I understand and acknowledge that FDC is a team-oriented restaurant and this Tip Pooling Agreement reflects that arrangement. All employees who participate in the tip pool contribute to the dining and service experience of every guest.

During dinner hours, which are 4:00 p.m. or later, up to seven percent (7%) of all tips noted on credit card receipts will be tipped out and shared among the bussers who worked during that particular shift according to their tenure classifications (A, B, C, and D). Ninety-three percent (93%) of all tips noted on credit card receipts will be shared among the bartenders, servers, churrasqueiro I, churrasqueiro II, and customer service representatives (collectively, "Wait Staff Members") who worked during that particular shift according to their tenure classifications. For purposes of tip distribution during dinner hours, all bussers' and wait staff members', except customer service representatives', tenure classifications are determined as follows: New employee tenure classifications are based on the number of uninterrupted service months from the first day worked as a busser or wait staff member: D (0-6 months), C (7-12 months), B (13-18 months), or A (19 months and over). Tenure classifications of employees hired with 2 or more year's previous churrascaria experience are: C (0-6 months), B (7-12 months), or A (13 months and over). Rehired FDC employees who worked for FDC within the prior 12-month period will return to their last-held tenure classification and resume their progression through the new employee tenure classifications. For dinner hours, all customer service representatives will start and remain at the "D" classification level irrespective of the amount of uninterrupted service months or previous churrascaria experience.

During lunch hours, which are before 4:00 p.m., up to seven percent (7%) of all tips noted on credit card receipts will be tipped out and shared equally among the bussers who worked during that particular shift, irrespective of their tenure classifications. Ninety-three percent (93%) of all tips noted on credit card receipts will be shared among the wait staff members who worked during that particular shift. For purposes of tip distribution during lunch hours, all bartenders, servers, churrasqueiro I, churrasqueiro II, and customer service representatives will be at the "A" classification irrespective of the amount of uninterrupted service months.

Distribution percentages for the four tenure classifications are: A=100%, B=95%, C=90%, D=85%. An employee's share of the tip pool is calculated as follows: the total amount of credit card tips allocated to the wait staff members after any percentage is shared with bussers ("wait staff member credit card tips") is divided by the total number of wait staff members who worked during that shift to get the standardized tip amount. The standardized tip amount is then multiplied by the tenure classification percentage for each wait staff member to calculate each wait staff member's base tip amount. The base tip amounts for all wait staff members during that shift are then totaled. The difference between the total base tips and the total wait staff member credit card tips is redistributed equally among all wait staff members who worked during that shift. This distribution is each wait staff member's "tip-plus amount." A wait staff member's total credit card tips are the base tip amount plus the tip-plus amount. During dinner hours, when a busser's share in the tip out is based on tenure classification, the share is calculated in a similar manner based on the total number of bussers who worked during the shift. Regardless of whether lunch or dinner hours apply, a busser's base tip amount share in the tip out shall not exceed 50% of the base tip amount of a "D" classification wait staff member. Any excess amount not distributed to a busser because of this restriction will be distributed equally to the wait staff members working that shift. All credit card tips are paid to bussers and wait staff members with each bi-weekly payroll.

If I receive a cash tip, I agree to immediately remit it to the cash tip box. I understand that if I do not immediately remit all cash tips to the tip box this will be a ground for disciplinary action up to and including termination. I understand that all cash tips remitted will be shared equally among the wait staff members who worked during that particular shift. All cash tips are distributed on a daily basis at the end of each shift.

I understand that it is not the intention of FDC to keep any tip income. I further understand that it is the intent of FDC to collect all of the tips so that they may be properly allocated among employees who are eligible to share in the tip pool.

I acknowledge that this Tip Pooling Agreement is not a contract of employment. My employment relationship with FDC is voluntary and is subject to termination by me or my employer at will, with or without cause, at any time either party believes such action is appropriate.

Employee's Printed Name: BRUNO BALASSIANO

Employee's Signature: Bruno Balassiano   Date: 10/10/15

**EXHIBIT "1"**



## TIP CREDIT DISCLOSURE

29 U.S.C. 203 provides a mechanism to allow certain employers to pay a lower minimum wage rate based on the amount of tip income received by its tipped employees.

Fogo de Chao Churrascaria LLC (" Fogo de Chao") intends to take a tip credit against the minimum wage in the maximum amount, which result in a wage rate of $5.03 per hour. Attached please find a copy of 29 U.S.C. 203(m) and U.S.C. 206(a)(i ) for your review and consideration. We also encourage you to look at any and all other Labor Code sections as these two sections are not inclusive of all statutes that you may need to be aware of.

By signing in the space provided below, you have been informed by Fogo de Chao of the provisions of the Labor Code specifically relating to tip credit as noted in 29 U.S.C. 203 and U.S.C. 206(a) (i).

Signature: _Bruno Balassiano_

Printed Name: _BRUNO BALASSIANO_

Date: _10/10/15_

**EXHIBIT "2"**



Fogo de Chão Payroll Process | 1
Effective December 20, 2010

## Misc Payment Form

Please submit to the Payroll Department at 972-361-6285 or via e-mail (ccoe@fogodechao.com) with approval.

| Employees Name: Medeiros JR Marcelino | Employee Number (Aloha): 186021 |
|---|---|
| Location: Orlando  Date(s): 10/26/16 10/27/16 | Amount to be Paid: Cash + CC  20 + 30.80 = 50.8 |

What is this payment for (detailed description is require for payment):
- He was working as a hostess for lunch.

Pay period that this amount covers:
10/26/16 to 10/26/16

| Person to contact if we have questions: Paulo Simonetti | Phone number: 407-370-0711 |
|---|---|

If Needed, Special Delivery of Check - other than normal payroll check (Address, City, State, Zip)

Other Information:

**Important Facts to know:**

- ALL supplemental pay (any pay other than worked time) is taxed at the supplemental tax rate. As of 1/1/2007 this federal rate is 25%, regulated by the IRS. Go to www.irs.gov for more info.
- Payments will be made with next payroll run, for this to happen they must be submitted to payroll in this format 5 business days before the pay date, I.e. Friday payday form must be to payroll by Fri before.
- If you are paying a group of employees please fill out this spreadsheet and in the employee name section, please note "see attached spreadsheet"

| Approver Name: Paulo Simonetti  Date: 10/27/16 | Approver Signature: |
|---|---|

| Payroll Use ONLY | |
|---|---|
| ☐ Entered Into ADP | Entered by: |
| Date Completed: / / | |

ENTERED
LSKeen 10/28/16

**EXHIBIT "3"**