UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUNO BALASSIANO,

      Plaintiff,

vs.                                  Case No. 6:19-cv-2140-ORL-78EJK

FOGO DE CHAO CHURRASCARIA
(ORLANDO) LLC, FOGO DE CHAO
CHURRASCARIA (JACKSONVILLE)
LLC, and FOGO DE CHAO
CHURRASCARIA (MIAMI) LLC,

      Defendants.
_____/

## DECLARATION OF NEIMAR HENSEL

I, Neimar Hensel, pursuant to the requirements of 28 U.S.C. §1746, declare the following is true and correct:

1. My name is Neimar Hensel.

2. I am over eighteen years old and am otherwise competent to make this Declaration.

3. I make this Declaration based on my personal knowledge of the facts set forth herein and the business records of Fogo de Chão Churrascaria (Orlando), LLC ("Fogo Orlando"), which were made at or near the time by, or from information transmitted by, a person with knowledge, kept in the course of a regularly conducted business activity, it being the regular practice of that business activity to make such records.

4. I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Certify Class as to Minimum Wage Claims pursuant to Rule 23(b)(3) and Motion to Conditionally Certify a Collective Action pursuant to 29 U.S.C. §216(b).

1

5. I have been employed at the Fogo Orlando restaurant since November 2018. Since November 2018, I have been employed at the same location as a Back of House Manager from November 2018 through August 2019 when I was promoted to the General Manager position. In both of these roles, I became knowledgeable with respect to all of the operations of the FOGO Orlando restaurant, as well as the day-to-day management of the actual floor of the restaurant, including the actual duties performed by the various employees in the restaurant.

6. Fogo Orlando opened for business on or about March 15, 2012.

7. Prior to the COVID 19 pandemic, the Fogo Orlando restaurant was regularly open for lunch Monday through Friday from 12:00 p.m. to 2:30 p.m. and for dinner from 5:00 p.m. to 10:00 for dinner. On Saturday, the restaurant opened at 11:30 a.m. and remained open for the rest of the day until 10:00 p.m. On Sunday, the restaurant opened at 12:00 p.m. and remained open until 9:30 p.m.

8. On an average day (pre pandemic), the Fogo Orlando restaurant served 430 guests per day. On a large volume day, such as a holiday or a large convention being in town, it can serve up to 1,200 guests per day.

9. At Fogo Orlando, there is a position known as a "Gaucho" or "Churrasqueiro I". Gauchos normally arrive for work at staggered times starting at 11:00 a.m. through 12:30 p.m. for the lunch shift and 4:00 p.m. to 6:45 p.m. for the dinner shift. If there is not a Butcher on duty (see below description), then they arrive between 11:00 and 11:30 a.m. for the lunch shift and 4:00 to 4:30 p.m. for the dinner shift.

10. If there is no Butcher on duty, for the first 30 to 60 minutes after they arrive at work, the Gauchos carve, skewer, and prepare meats, including chicken, pork, lamb, and beef.

2

11. Once guests arrive, either at the lunch or dinner shifts, Gauchos serve meats on a continuous basis based on the guests' specific requests. The guests are given circular cards which say "Yes Please" on the green side and "No Thanks" on the red side. When a guest is ready to have meat served, they turn the card to the side that reads "Yes Please". When they no longer want any more meat, they turn the card to the side that reads "No Thanks".

12. The Gauchos retrieve the skewers of meat from a room immediately adjacent to the floor of the restaurant. Each Gaucho monitors the skewers of meat that are rotating over a fire for doneness and flavoring, picks up the skewers of meat as needed to serve to their guests, and immediately returns to the floor to serve the guests. The Gauchos' primary duties for the majority of their shifts are guest service and guest interaction.

13. As General Manager, I expect the Gauchos to spend only very brief periods of time in the room where the skewers are located, as they need to be out on the floor, circulating among guests, holding skewers of meat aloft so guests can see them, and providing the flavor of the full "Churrasco" experience.

14. If a Gaucho is required to spend more than 30 to 60 minutes performing duties involving the preparation of meat, the Gaucho is removed from the tip pool and will be paid "Miscellaneous Earnings" for this time.

15. Churrasqueiros regularly spend less than 20% of their daily work time on these duties relating to preparing meats. They spend the rest of their time, regularly more than 80% of their time, providing guest service and addressing guest needs.

16. At Fogo Orlando, there is also a position known as a "Churrasqueiro II". The difference between the two Churrasqueiro positions is that the "II's" are from Brazil, worked for FOGO in Brazil, and are hired to share the Brazilian culture, experience, and traditions with

3

other employees. These employees are paid a full minimum wage rate, and are paid as part of the tip pool.

17. At Fogo Orlando, there is also a position known as a "Server". These employees greet guests and serve and refill drinks, but do not serve meat to the guests unless the restaurant is so busy that assistance is needed and the Servers have been cross-trained to perform such duties because, for example, at some point they worked as a Churrasqueiro at the restaurant. This position is not the same a Gaucho. The Servers do not perform any meat preparation duties.

18. In the Fogo Orlando restaurant, the majority of the meat preparation – that is, cutting, trimming, seasoning, and placing the meat on skewers – is performed by a Butcher. At FOGO Orlando, there is a butcher scheduled daily approximately 80% of the time.

19. The Butcher position is a non-tipped position at Fogo Orlando. In 2016, the Fogo Orlando restaurant had an assigned butcher present in the restaurant an average of 4.56 hours per day. In 2017, the Fogo Orlando restaurant had an assigned butcher present an average of 7.04 hours per day. In 2018, the Fogo Orlando restaurant had an assigned butcher present an average of 5.91 hours per day. Thus, during these periods, the Fogo Orlando restaurant had an assigned butcher in the restaurant the majority of the time, meaning that there was little need for other employees to perform such duties. The Butcher performs these duties in a small room that is adjacent to the room in which the rotisserie ovens are located. It is quite small, and would not easily accommodate more than one person. Butchers normally work from 10:00 a.m. to 1:00 p.m. and 3:30 p.m. to 7:00 p.m.

20. If the restaurant runs out of a particular meat during a shift and a Butcher is not present, a Gaucho may be asked to spend 20 to 30 minutes cutting up and skewering additional meat for the shift. If a Gaucho is required to prepare meat for any period of time during his

normal shift, the Gaucho is removed from the tip pool during the period of time he or she is performing such butchering duties and paid for that time as a "Miscellaneous Earnings" adjustment. Gauchos are infrequently asked to perform duties during the time that they would normally be servicing guests, and it only occurs during heavy volume nights such as big conventions or holidays.

21. There is also a position in the Fogo Orlando restaurant known as a Customer Service Representative ("CSR"). There are usually one or two CSR's per shift in the FOGO Orlando restaurant.

22. Like the Gauchos, the CSR's primary duties are guest service and guest interaction, though CSR's are concerned with every table throughout the entire dining room, rather than being assigned to specific tables like Servers. CSR's introduce themselves to a table, take orders, and address any special needs that arise during a dining experience. They usually will not carve meat at the table unless they are cross-trained to do so and if the volume of the restaurant dictates such needs.

23. CSR's wear a different uniform than the Gauchos and Servers simply to identify them and to reduce guest confusion over the particular roles of the different service positions. They have no authority over the Gauchos (or any other employees), or any other managerial job duties over employees regarding discipline, assignments, hiring, or firing is not a part of their job. Instead, the CSR's work with the Gauchos and support them in a team concept.

24. CSR's are paid a higher hourly rate between $12 and $15 per hour, and are only eligible for 85% of the total tip amount during a particular shift.

25. I hold weekly management meetings in the restaurant. These meetings normally include me, the Sales Manager, the Back of House Manager, and the Front of House Manager. I

normally do not include the CSR's in these management meetings, and they attend less than once per month, and then only for the purpose of being made aware of guest service issues and major upcoming local events impacting the restaurant.

26. As the General Manager, I am responsible for preparing the work schedules and making the determinations as to the work hours during each shift. The CSR's have no authority to send another employee home early during a shift. Various team members, including CSR's, may communicate messages from me or the other managers to other team members regarding our decisions relating to the length of a particular employee's shift, but this is not a decision made by CSR's.

27. The managers in the restaurant have the sole and final decision as to whether a guest bill may be "comped." Any employees may suggest that a bill be adjusted or "comped", but they cannot make this final decision without management approval.

28. The Bartender position in the Fogo Orlando restaurant starts at 4:00 p.m. for the evening shift and is responsible for preparing the bar area for the evening shift. This includes cutting limes and restocking the bar area. As the restaurant is also open at that time, they are also responsible for serving guests in the bar area.

29. At the FOGO Orlando restaurant, we have never had a position known as a "carver".

30. At the Fogo Orlando restaurant, we have never had a position known as a "floater".

31. All employees are responsible for their own appearance in terms of uniform standards.

32. The FOGO Orlando restaurant normally employed approximately 26 Servers and 16 Gauchos at one time during the period from 2018 through 2020.

33. At the FOGO Orlando restaurant, the cash tip box is located near the cash register. All cash tips are placed in this box during a shift by a Server, CSR, Busser, or Gaucho, and the tips are then counted by two tip eligible employees and designated for the various eligible employees on a pro rata basis. At the end of the shift this amount is conveyed to management. The next day this amount is entered into the Tip Pool calculator and distributed, by tip eligible roles, to each of the tip pool eligible employees on a pro rata basis. FOGO management plays no role in the counting of these cash tips, and if the eligible employees fail to count the tips, there is a resulting delay in the amounts being credited to them. The amounts of tips paid by credit cards are posted daily in the restaurant.

34. Prior to April 2019, the cash tips were distributed equally to all tip pool eligible employees on the shift, regardless of the amount of time worked on that shift. In or about April 2019, the system in the FOGO Orlando restaurant was changed and the cash tips began being distributed based on a pro rata system, namely based on the number of hours worked by each eligible employee in the tip pool.

35. A copy of the floor plan of the FOGO Orlando restaurant is attached hereto as Exhibit "1". This diagram shows both the room adjacent to the dining room where the rotisserie ovens are located, as well as the room used for butchering the meat.

**THE REMAINDER OF THIS PAGE HAS INTENTIONALLY BEEN LEFT BLANK**

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of June, 2020, in Orange County, Florida.

_____<br>
NEIMAR HENSEL

ORLDOCS 17331013 6



EXHIBIT "1"