UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUNO BALASSIANO,

          Plaintiff,

vs.                              Case No. 6:19-cv-2140-ORL-78EJK

FOGO DE CHAO CHURRASCARIA
(ORLANDO) LLC, FOGO DE CHAO
CHURRASCARIA (JACKSONVILLE)
LLC, and FOGO DE CHAO
CHURRASCARIA (MIAMI) LLC,

          Defendants.

_____/

## DECLARATION OF MARCIO WELTER

    I, Marcio Welter, pursuant to the requirements of 28 U.S.C. §1746, declare the following is true and correct:

    1.     My name is Marcio Welter.

    2.     I am over eighteen years old and am otherwise competent to make this Declaration.

    3.     I make this Declaration based on my personal knowledge of the facts set forth herein and the business records of Fogo de Chão Churrascaria (Jacksonville), LLC ("FOGO Jacksonville"), which were made at or near the time by, or from information transmitted by, a person with knowledge, kept in the course of a regularly conducted business activity, it being the regular practice of that business activity to make such records.

    4.     I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Certify Class as to Minimum Wage Claims pursuant to Rule 23(b)(3) and Motion to Conditionally Certify a Collective Action pursuant to 29 U.S.C. §216(b).

5.     I have worked for Fogo de Chão Churrascaria for over 20 years.  I started in Brazil as a Dishwasher, Butcher, and Gaucho (also known as "Churrasqueiro").  I have also worked for FOGO in restaurants in Dallas, Texas and Atlanta, Georgia in management roles.

6.     I have worked as the General Manager at Fogo Jacksonville since the restaurant opened on or about November 13, 2017.  I am familiar with the operations of the Fogo Jacksonville restaurant, as well as the day-to-day management of the actual floor of the restaurant, including knowledge as to the actual duties performed by the various employees in the restaurant.

7.     Fogo Jacksonville employs approximately 60-70 employees at a particular time. It is open for lunch on Monday through Friday from 11:00 a.m. to 2:00 p.m., and then is open for dinner on Monday through Thursday from 5:00 p.m. to 10:00 p.m. and for dinner on Friday from 5:00 p.m. to 10:30 p.m.  On Saturday, the restaurant remains open from 11:00 a.m. through 10:30 p.m. and on Sunday the restaurant remains open from 11:00 a.m. through 9:00 p.m.

8.     At Fogo Jacksonville, we have a Butcher position that is responsible for carving and preparing the meat to be placed on skewers.  We use this position to expose the employees the Brazilian "churrasco" method of meat preparation and eventually promote them to Churrasqueiro.

9.     At Fogo Jacksonville, there is a position known as a "Gaucho" or "Churrasqueiro".  This position is responsible for interacting with guests and serving meat in Brazil's "churrasco" tradition.

10.     Fogo Jacksonville opens at 11:00 a.m. for lunch.  Fogo Jacksonville has had a Butcher for the majority of the time it has been in operation since November 2017.  The Butcher

is responsible for butchering the meat and placing it on the skewers. In 2018, a Butcher worked on average 7.38 hours per day in the Fogo Jacksonville restaurant.

11.     If there is no Butcher employed or available at the restaurant, another employee arrives at 8:30 a.m. and clocks in as a Person in Charge ("PIC"), which is a non-tipped position. This employee is responsible for butchering and preparing the meat and preparing orders for the entire day. This employment classification is not part of the tip pool. The PIC is paid an hourly rate of approximately $10 per hour.

12.     At 10:00 a.m., this employee clocks out as a PIC and clocks in as a Gaucho. The employee continues to prepare meat until the restaurant opens at 11:00 a.m. Shortly before 11:00 a.m., the rest of the Gauchos arrive at staggered times to begin providing guest service to the guests. They pull skewers out of the cooler, season them, and place them on the fire. The reason that the employee clocks in and out in two different roles is to ensure that he does not spend an excess amount of time in any non-guest facing duties under this schedule.

13.     At Fogo Jacksonville, we rarely need 2 dedicated employees to manage the grill area to exclusively season and prepare meats, place the meat on skewers and load them in rotisserie ovens during a shift and do nothing else. This responsibility is shared among all Gauchos during the shift who are responsible for specific cuts of meat (beef, chicken, pork or lamb).

14.     At 11:00 a.m., the Gauchos begin serving guests in the dining room. This also includes them seasoning the meat and checking that it is prepared to the requested degree (i.e. rare, medium rare, well done, etc.). In Fogo Jacksonville, unlike older restaurants such as Fogo Orlando and Fogo Miami, the meat is seasoned and checked on grills in a room that is just behind the dining room and which is visible to the guests through a large glass window. The

3

meat is prepared, however, in a small separate room in the back of the restaurant near the coolers, and this room can only between 1 to 3 people.

15.     The Fogo Jacksonville restaurant begins serving dinner at 5:00 p.m.  Gauchos return to the restaurant between 4:00 and 5:00 p.m. to prepare meat for the evening shift.  At approximately 5:00 p.m., those Gauchos enter the floor area and begin their guest service duties. If additional meat preparation is required, a newly arrived Gaucho will assume this role and finished the meat preparation.  If, however, guests have not yet arrived, a Gaucho may continue to prepare meat until their arrival.

16.     During a shift, each Gaucho is responsible for a particular meat, such as beef, chicken, or pork.  If the restaurant runs low or is out of skewers of that particular meat during a shift, that particular Gaucho has to place more meat on skewers to be used by all of the Gauchos. This process normally only takes a few minutes, especially as the Gauchos have to be out on the floor serving guests.

17.     The Churrasqueiros regularly spend less than 20% of their daily work time on these duties relating to butchering or preparing meats.  They spend the rest of their time, regularly more than 80% of their time, providing guest service and addressing guest needs.

18.     Fogo Jacksonville also has a position known as "Servers".  These employees are responsible for greeting guests and serving and refilling drinks.  Their duties are different than the duties performed by the Gauchos, and the Servers have no responsibilities with respect to meats.

19.     There is also a position in FOGO Jacksonville known as a Customer Service Representative ("CSR").  There is usually one CSR per night in the FOGO Jacksonville restaurant.  Similar to a Gaucho, CSR's are concerned with every table throughout the entire

dining room, and like the Gauchos, guest service and guest interaction are their primary duties. They wear a different uniform than the Gauchos.

20.     CSR's do not have any authority over the Gauchos or any other employees regarding discipline, assignments, hiring, or firing. They also do not have the authority to send an employee home during a shift. I, along with the Front and Back of House Managers, are solely responsible for making the weekly work schedules. CSR's cannot change the table to which a Server is assigned during a shift without prior approval of a manager.

21.     CSR's in FOGO Jacksonville do not play a managerial role. I hold weekly management meetings, which are attended by me, the Sales Manager, and the Front and Back of House Managers. The CSR's do not usually attend these meetings. If there is a specific issue that needs to be addressed regarding guest service issues, I may ask them to attend the meeting. They do not have any input into employee issues during these meetings.

22.     CSR's in FOGO Jacksonville are paid an hourly wage rate between $12 and $15 per hour. They participate in the tip pool, but only at 85% of the rate that the Gauchos and Servers are paid.

23.     CSR's are not permitted to use a manager's card to swipe into the computer to make managerial changes. They also are not permitted to adjust or "comp" a bill without management review and approval.

24.     The Bartender position in Fogo Jacksonville restaurant comes into work at 4:00 p.m. for the evening shift and is responsible for preparing the bar area for the evening shift. This includes cutting limes and restocking the bar area. They will often begin serving drinks at 4:30 p.m. as our bar is open for happy hour at this time.

25.     At the Fogo Jacksonville restaurant, we have never had a position known as a "carver".

26.     The Fogo Jacksonville restaurant has normally employed approximately 18 Servers, 12 to 13 Gauchos and 2 Bartenders at one time.

27.     The Churrasqueiros, Servers, and CSR's are responsible for taking cash tips from the tables to the cash box located in the register area.  This cash is usually counted by one Gaucho and one Server at the end of a shift.  Once the total amount is counted, the amounts are designated to be split between the tip pool eligible employees on that shift on a pro rata basis. The money is then placed in the safe at the restaurant.  The managers in the restaurant never count this money and will allow it to sit in the safe until it is counted by the appropriate employees.

28.     The credit card tips for a shift are determined by a report generated at the end of the shift or the next morning.  The next day the eligible employees are made aware of the amount of their tips when a printed copy of the Tip Pool Calculator is posted next to their schedule.

29.     Unlike the restaurants in Orlando and Miami, the Fogo Jacksonville restaurant has always distributed tips based on a pro rata system, namely based on the number of hours worked by each eligible employee in the tip pool.   We have never distributed tips equally to all employees on a shift.

30.     Axel Torres was employed in the Fogo Jacksonville restaurant from approximately November 2017 through February 2020.  During that period of time, he never raised any concerns to me about compensation issues, not receiving his fair share of the tip pool, or inappropriate employees being included in the tip pool.

31.     A copy of the floor plan of the Fogo Jacksonville restaurant is attached hereto as Exhibit "1".  The diagram shows that the room where the rotisserie grills are located is directly behind the dining room, and that the guests can watch the Gauchos retrieving the meat through a large glass window.  This is different than Fogo Orlando and Fogo Miami.  The room in the Jacksonville restaurant used for butchering is quite small, accommodates only one to two people comfortably, and is located in the very back of the restaurant behind the kitchen and near the cooler.  The Butcher area is located in the back of the restaurant (denoted as "Butcher" on Exhibit 1.  The grill area is denoted as "Churrasqueira" on Exhibit 1.  The grill area is visible to Guests in the dining room, the butchery is not.


**THE REST OF THIS PAGE HAS INTENTIONALLY BEEN LEFT BLANK**

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___

_11_ day of June, 2020, in Duval County, Florida.

MARCIO WELTER

ORLDOCS 17332135 4

8



EXHIBIT "1"