UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUNO BALASSIANO,

    Plaintiff,

vs.                                        Case No. 6:19-cv-2140-ORL-78EJK

FOGO DE CHAO CHURRASCARIA
(ORLANDO) LLC, FOGO DE CHAO
CHURRASCARIA (JACKSONVILLE)
LLC, and FOGO DE CHAO
CHURRASCARIA (MIAMI) LLC,

    Defendants.
_____/

## DECLARATION OF ALEX BURGOS

I, Alex Burgos, pursuant to the requirements of 28 U.S.C. §1746, declare the following is true and correct:

1. My name is Alex Burgos.

2. I am over eighteen years old and am otherwise competent to make this Declaration.

3. I make this Declaration based on my personal knowledge of the facts set forth herein and the business records of Fogo de Chão Churrascaria (Miami), LLC ("Fogo Miami"), which were made at or near the time by, or from information transmitted by, a person with knowledge, kept in the course of a regularly conducted business activity, it being the regular practice of that business activity to make such records.

4. I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Certify Class as to Minimum Wage Claims pursuant to Rule 23(b)(3) and Motion to Conditionally Certify a Collective Action pursuant to 29 U.S.C. §216(b).

1

5. I have worked for Fogo de Chão Churrascaria ("FOGO") for approximately nine years. I have worked for FOGO in Orlando, New York, Puerto Rico, and then returned to work in the United States as the General Manager of Fogo Miami in June 2018.

6. As the General Manager at Fogo Miami, I am familiar with its operations of the, as well as the day-to-day management of the actual floor of the restaurant, including the actual duties performed by the various employees in the restaurant.

7. Fogo Miami opened for business on or about October 30, 2008.

8. Prior to the COVID 19 pandemic, Fogo Miami was open on Monday through Thursday for lunch from 12:00 p.m. through 2:30 p.m. and then re-opened for dinner from 5:30 p.m. until 10:30 p.m. On Friday, it was open for lunch from 12:00 p.m. until 2:30 p.m. and for dinner from 5:30 p.m. through 11:00 p.m. On Saturday, we opened at 11:30 a.m. and stayed open through 11:00 p.m. On Sunday, we opened at 12:00 p.m. and remained open through 9:00 p.m.

9. At Fogo Miami, there is a position known as a "Gaucho" or "Churrasqueiro". One Churrasqueiro arrives for work at approximately two hours before opening, and clocks in under a Butcher code, during which time they pre-cook and prepare meat. During that period of time, they do not participate in the tip pooling system, and they are paid over the full minimum wage rate. This responsibility is rotated among the various Churrasqueiros in the restaurant.

10. When the restaurant opens to guests, the employee who had clocked in as a Butcher clocks out, clocks back in as a Churrasqueiro, and begins serving guests in the dining room. The other Churrasqueiros arrive slightly before the restaurant opens for guests. All of the Churrasqueiros continue to fulfill these guest service and guest interaction duties for the remainder of their shift. The process is repeated for the evening shift, except that the

2

Churrasqueiro who clocks in as the Butcher before guests arrive does so for only approximately one hour.

11. Due to the lower volume of business in Fogo Miami, and unlike the Orlando Fogo restaurant and the Jacksonville Fogo restaurant, there is no assigned Butcher position.

12. Each Churrasqueiro is assigned to attend to a particular meat during his shift (i.e. beef, steak, pork, etc.). If the Fogo Miami restaurant runs out of skewers of a particular meat during a shift due to a large volume of guest requests, it is the responsibility of that Churrasqueiro to go to the freezer, retrieve additional meat that was already prepared by the employee who served as the Butcher, and place it on skewers. This process usually takes 20 minutes or less. If for some reason it takes longer than that, the employee will be removed from the tip pool for that period of time and will be paid a "Miscellaneous Earnings" amount for that period of time, so as not to negatively affect the other employees in the tip pool. This "Miscellaneous Earning" amount comes out the Fogo Miami's operating budget, and does not come from any wages otherwise owed to any other employee.

13. This need for the "Miscellaneous Earnings" payment occurs in the FOGO Miami restaurant approximately once per month if the restaurant is particularly busy.

14. In the Fogo Miami restaurant, Gauchos retrieve the skewers from the rotisserie grills that are located near the kitchen in the back of the house and separated from the dining room. The butchering of meat is done in a small room next to the grills.

15. The Churrasqueiros regularly spend less than 20% of their daily work time on these duties relating to butchering or preparing meats. They spend the rest of their time, regularly more than 80% of their time, providing guest service and addressing guest needs.

16. The Fogo Miami restaurant also has a position known as "Servers". These employees are responsible for greeting guests and serving and refilling drinks. Their duties are different than the duties performed by the Gauchos, and they have no responsibilities with respect to meat.

17. There is also a position in the Fogo Miami restaurant known as a Customer Service Representative ("CSR"). There is usually one CSR per night in the Fogo Miami restaurant, and occasionally two of them on a weekend night. The CSR's are paid an hourly rate of $12 to $15 per hour and participate in the tip pool at a reduced rate.

18. Unlike a Churrasqueiro I, CSR's are concerned with every table throughout the entire dining room, and thus guest and guest interaction are their sole duties. They are considered the front-line of guest service in the restaurant. They will clean tables, refill waters, and grab meat if needed, depending upon customer needs.

19. They wear a different uniform than the Churrasqueiro I's for identification purposes only. They do not, however, have any authority over the Churrasqueiros or the Servers, or any other employees regarding discipline, assignments, hiring, or firing. They also do not attend management meetings in the Fogo Miami restaurant.

20. The Bartender position in the Fogo Miami restaurant comes into work at 5:00 p.m. for the evening shift and is responsible for preparing the bar area for the evening shift. This includes cutting limes and restocking the bar area.

21. At the Fogo Miami restaurant, we have never had a position known as a "carver".

22. As the General Manager, I have the responsibility for preparing the weekly schedules.

23. The Churrasqueiros, Servers, and CSR's are responsible for taking cash tips to the cash box located in the register area. The cash tip box is located near the cash register, and all cash tips are placed in this box during a shift by a Server, CSR, Busser, or Gaucho. This cash is usually counted by one Churrasqueiro and one Server at the end of a shift. Once the total amount is counted, it is split between the tip pool eligible employees on that shift on a pro rata basis. At the end of the shift this amount is conveyed to management. The next day this amount is entered into the Tip Pool Calculator and distributed, by tip eligible roles, to each of the tip pool eligible employees on a pro rata basis. The managers in the restaurant never count this money and will allow it to sit in the safe until it is counted by the appropriate employees.

24. The credit card tips for a shift are determined by a report generated at the end of the shift or the next morning. The next day the eligible employees are made aware of the amount of their tips when a copy of the Tip Calculator Calculator is posted next to their schedule.

25. Prior to April 2019, the cash tips were distributed equally to all eligible employees on the shift, regardless of the amount of time worked on that shift. In or about April 2019, the system in the Fogo Miami restaurant was changed and the cash tips began being distributed based on a pro rata system, namely based on the number of hours worked by each eligible employee in the tip pool.

26. I am not aware of any employee in the Fogo Miami restaurant raising any concerns to me about not receiving their fair share of the tip pool, non-eligible employees being included in the tip pool, or being asked to perform duties outside of their assigned position.

27. A copy of the floor plan of the Fogo Miami restaurant is attached hereto as Exhibit "1". As this shows, the room in the Fogo Miami restaurant used for butchering is rather

small, accommodates a maximum of two people, and is located separate from the rotisserie grills and the kitchen.

THE REMAINDER OF THIS PAGE HAS INTENTIONALLY BEEN LEFT BLANK

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ 11 day of June, 2020, in Miami-Dade County, Florida.

_____
**ALEX BURGOS**

ORLDOCS 17332153 5

