**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BRUNO BALASSIANO,

        Plaintiff,

v.                                    Case No: 6:19-cv-2140-WWB-EJK

FOGO DE CHAO CHURRASCARIA (ORLANDO) LLC, FOGO DE CHAO CHURRASCARIA (JACKSONVILLE) LLC and FOGO DE CHAO CHURRASCARIA (MIAMI) LLC,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 60). United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation (Doc. 63), in which he recommends that the Motion be granted. The parties filed a Joint Notice of Non-Objection (Doc. 64) to the Report and Recommendation.

After a de novo review of the record, and noting that the parties have no objections, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 63) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement (Doc. 60) is **GRANTED**, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on July 16, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record